✎PS 40
(Rev. 6/05)

# UNITED STATES DISTRICT COURT

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, DC 20037

**FROM:** U.S. District Court, District of Arizona
401 W. Washington Street, Ste. 130
Phoenix, Arizona 85003

☐ **Original Notice**
**Date:** _____
**By:** _____

☒ **Notice of Disposition**
**Date:** 5/14/09
**By:** Joanna Rosales, Deputy Clerk

---

Defendant: David T. Braunstein
Date of Birth: 1964
SSN: Unknown

Case Number: CR 97-00582-1-PHX-RGS
Place of Birth: Maryland

**Notice of Court Order** (Order Date: _____)

☐ The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

☐ The above-named defendant surrendered Passport Number _____ to the custody of the U.S. District Court on _____.

---

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☒ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

---

**Distribution:**
Original to case file
Department of State
Defendant (or representative)
Clerk of Court

Defendant not convicted, dismissed from case. Document, copy of dismissal order and order granting release of passport enclosed.